[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

#1

FILED
4/30/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RECEIVED
FEB 1 6 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Leo Braden McGuinn
_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

County of Cook
Thomas J Dart
Seursint hray
Officer roman
Officer busman

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

1:24-cv-01405
Judge Mary M. Rowland
Magistrate Judge Gabriel A. Fuentes
PC 9
Cat. 3 / RANDOM

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:

  X     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Leo Braden McGuinn

B. List all aliases: _____

C. Prisoner identification number: 925849

D. Place of present confinement: Illinois Department of Human Services

E. Address: 1315 lehmen Dr, Chester, IL, 62233

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tonni Preckwinkle
Title: Cook County Board President
Place of Employment: County of Cook

B. Defendant: Thomas J. Dart
Title: Cook County Sheriff
Place of Employment: Officer Romen Cook County Sheriffs Office

C. Defendant: Officer Romen
Title: Cook County Sheriffs Deputy
Place of Employment: Cook County Sheriffs Office

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## II. DEFENDANT(S) #3

1. Defendant: Officer Gusman
   Title: Cook County Sheriffs Deputy
   Place of Employment: Cook County Sheriffs Office



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 22 CV 3920 Leo Broten M. McGuinn Vs Lori Lightfoot

B. Approximate date of filing lawsuit: 07.21.22

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Leo Broten McGinn

D. List all defendants: Lori Lightfoot, Jim Schwartz, Deeana Johnson, Judy Burke

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Thomas Geoffman

G. Basic claim made: Due Process Violation

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

I. Approximate date of disposition: 11/22

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IV STATEMENT OF CLAIM #5

I, Leo Braden McGuinn was a Detainee at the Cook County Department of Corrections on August 19th 2022. Leo Braden McGuinn was housed in Disiplinary housing on unit 4A and was housed in cell 8. Sheriffs Deputies officer Roman and officer Gusman were assigned to Unit RTU 4A on August 19th 2022. On August 19th 2022 at aproximatley 9:00 PM Leo Braden McGuinn was sitting in the Dayroom area of unit 4A RTU. Officer Roman and officer Gusman forcibly Drag Leo Braden McGuinn from the dayroom area to Cell 8 and struck him with closed fist several times and broke his ribs, nose, and jaw.

Thomas J. Dart is the Cook County Sheriff on August 19th 2022

Thomas Dart Superintends the Cook County Department of Corrections

The Cook County Department of Corrections has a custom of the use of Excesive Physical Force by officers on its detainees

Tonni Preckwinkle was Cook County Board President on August 19th 2022

The County of Cook Supports the Department of Corrections Policy for Disciplinary housing and its security operations

The United States Constitution Ament Eight which is applicable to the States Through the Fourteenth

# IV. STATEMENT OF CLAIMS #6

Amendment Due Process Clause Protects State Prisoners and PreTrial Detainees From Excessive Physical Force by its Officers

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary Damages In The amount of 100,000 Dollars

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1st day of Febuary, 2024

_____
(Signature of plaintiff or plaintiffs)

Leo Broden McGehnn
(Print name)

925 849
(I.D. Number)

1315 Tenmen Dr. Chester, IL 62233

(Address)

# EXHAUSTION OF ADMINISTRATIVE REMEDYS #8

Leo Braden McGuinn has filed several greiuances with the Institution and has Ethausted the administrative remerjes by appealing these greiuences and ask this court to allow the ~~Defendant~~ Plantiff time to File an amended complaintt to attach ~~regurts~~ copys of These Greiviences Because he is unable to at This Because he was transfered from the custody of The Cook county Sheriffs office To department of human services and does not currently have Them in his possesion

McGuinn Lee
Q25849
1315 Lehmen Dr.
Chester IL 62233

Prisoner Correspondant,
Clerk of The United States District court
Nothern District of Illinois
219 S Dearborn Street 20th Floor
Chicago, IL 60604

02/16/2024



CERTIFIED MAIL

7021 2720 0001 9083 8202

Retail

RDC 99

60604

U.S. POSTAGE PAID
FCM LG ENV
CHESTER, IL 62233
FEB 06, 2024
$8.67
R2305K134477-7